T. HASKINS DUPUY, RESPONDENT, *v.* CHARLES P. WURTS, EXECUTOR OF THE LAST WILL AND TESTAMENT OF MARTHA P. WURTS, DECEASED, APPELLANT.

*Extra allowance — power of court to grant.*

The Supreme Court has power, under section 318 of the Code, to grant an allowance in appeals from the Surrogate's Court, nor is this power affected by the fact that an allowance has already been granted in the case by the surrogate.

The case of *Seguine* v. *Seguine* [*] followed, and distinguished from the cases of *Wolfe* v. *Van Nostrand* [†] and *The People* v. *The N. Y. Central R. R. Co.* [‡] The latter cases hold that appellate courts cannot grant the allowance, because the statute gives the same, by way of indemnity, for the expense of the trial in the courts of original jurisdiction. But, by section 318 of the Code, the appellate court is, *pro hac vice,* made the court of original jurisdiction.

APPEAL from an order made by Mr. Justice BRADY, on the 29th of December, 1873, granting a motion for an allowance to the respondent's attorneys, and fixing such allowance at $1,000

*S. P. Nash,* for the appellant.

*F. R. Coudert,* for the respondent.

Opinion by DAVIS, P. J.

DANIELS and LAWRENCE, JJ., concurred.

Ordered affirmed, with costs.

[*] 3 Abb. [N. S.], 443.　　　[†] 2 N. Y., 570.　　　[‡] 29 id., 428.